**CHARLES J. FERRERA #3310**
Attorney at Law
Haseko Center
820 Mililani Street, Suite 701
Honolulu, Hawaii 96813
Telephone No.: (808) 599-5220

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

STATE OF HAWAII

| | |
|---|---|
| MALIA RIDEOUT, <br><br> Plaintiff, <br><br> vs. <br><br> TIM DJANG, D.D.S.; BAY CLINIC, INC. dba KEAAU FAMILY HEALTH CENTER; KOKUA KALIHI VALLEY COMPREHENSIVE HEALTH SERVICES; and DOES 1-100, <br><br> Defendants. | CIVIL NO. CV11-00362BMK <br><br> (Civil No. 11-1-0080, Circuit Court of the Third Circuit, State of Hawaii <br><br> STIPULATION AND ORDER TO DISMISS COMPLAINT WITHOUT PREJUDICE AND REMAND CASE TO CIRCUIT COURT <br><br> (No Trial Date) |

(23024)

<u>STIPULATION AND ORDER TO DISMISS COMPLAINT WITHOUT PREJUDICE
AND REMAND CASE TO CIRCUIT COURT</u>

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein, through their respective counsel, pursuant to Rule 41(a)(1)(B) of the Federal Rules of Civil Procedure, that the Complaint filed herein be and is hereby dismissed without prejudice, as to Defendant Bay Clinic, Inc. dba Keaau Family Health Center only, each party to bear their own fees and costs. The remaining claims/parties are hereby remanded to the Third Circuit Court,

State of Hawaii.

DATED: Honolulu, Hawaii, _____.

_____
CHARLES J. FERRERA
Attorney for Plaintiff

_____
WILLIAM HUNT
Attorney for Defendant
TIM DJANG, D.D.S.

_____
CEDRIC M. CHING
Attorney for Defendant
BAY CLINIC, INC. dba KEAAU FAMILY
HEALTH CENTER

_____
EDWARD KEMPER
Attorney for Defendant
KOKUA KALIHI VALLEY COMPREHENSIVE
HEALTH SERVICES

APPROVED AND SO ORDERED:

_____
Judge of the Above-Entitled Court     OCT 03 2011

*Malia Rideout v. Tim Djang, D.D.S.; Bay Clinic, Inc. dba Keaau Family Health Center; Kokua Kalihi Valley Comprehensive Health Services; and Does 1-100*, CIVIL NO. CV11-00362BMK, STIPULATION AND ORDER TO DISMISS COMPLAINT WITHOUT PREJUDICE AND REMAND CASE TO CIRCUIT COURT